IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Michael Norris,<br><br>Petitioner,<br><br>v.<br><br>Ryan Thornell,<br><br>Respondent. | No. CV-25-08039-PCT-SMB<br><br>**ORDER** |

United States Magistrate Judge Deborah Fine has issued a report and recommendation ("R&R") (Doc. 9) recommending that the Petition be dismissed with prejudice. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at 24-25) (citing Rule 72, Federal Rules of Civil Procedure) No objection has been filed, which relieves the Court of its obligation to review the R&R. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3);Thomas v. Arn, 474 U.S. 140, 149 (1985); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). Nevertheless, the Court has reviewed the pleadings and agrees with the analysis of Magistrate Judge Fine. The Court will accept and adopt the R&R.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of Magistrate Judge Fine (Docs. 9) is accepted.

**IT IS FURTHER ORDERED** dismissing this case with prejudice. The Clerk of Court is directed to enter judgment accordingly and terminate this case.

Dated this 21st day of July, 2025.

Honorable Susan M. Brnovich
United States District Judge